IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| LEO MUNDY, | * | |
| Plaintiff, | * | |
| v. | * | CV 213-128 |
| KAREN HAMBRIGHT and VALERIE HEPBURN, | * | |
| Defendants. | * | |

**O R D E R**

On August 8, 2014, the parties to this civil rights suit filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The stipulation states that all Plaintiff's claims in this matter have been resolved and are dismissed with prejudice.

**IT IS ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case. Each party shall bear its own costs and attorneys' fees.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of February, 2015.

Honorable J. Randal Hall
United States District Judge
Southern District of Georgia